ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABHINAV SINGLA,<br><br>               Plaintiff,<br><br>               v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>               Defendants. | CASE NO.  2:25-CV-03682 WBS-JDP<br><br>JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS' RESPONSE |

On December 22, 2025, Plaintiff filed a complaint seeking relief under the Administrative Procedures Act.  Defendants' response is due February 27, 2026.  The parties stipulate and jointly request a 45-day extension of this deadline to allow time for the agency to review and the parties to discuss submissions relating to this filing.  Accordingly, the parties respectfully ask the Court to extend the deadline for Defendants to file an answer or other dispositive pleading to and including April 13, 2026.  The parties further request that all other filing deadlines be similarly extended.

///

///

///

///

///

///

Stipulation and Order for Extension of Time        1

DATED:  February 26, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:    /s/ Catherine Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By:    /s/ Megan Guzman (as authorized on
February 25, 2026)
MEGAN GUZMAN
Counsel for Plaintiff Abhina Singla

Stipulation and Order for Extension of Time      2

ORDER

IT IS SO ORDERED:

The deadline for Defendants to file an answer or other dispositive pleading is extended to and including April 13, 2026.  The Scheduling Conference is reset for **June 29, 2026 at 1:30 p.m.**  A joint status report shall be filed no later than **June 15, 2026** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed December 22, 2025 (Docket No. 4).

Dated:  February 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Extension of Time      3